OPINION — AG — **** TURNPIKE AUTHORITY — COLLECTIVE BARGAINING **** OKLAHOMA TURNPIKE AUTHORITY IS WITHOUT AUTHORITY TO ENTER INTO COLLECTIVE BARGAINING AGREEMENTS WITH REPRESENTATIVES OF ITS EMPLOYEES, BUT MAY CONSULT WITH SUCH REPRESENTATIVES CONCERNING MATTERS WHICH IT HAS DISCRETION. CITE: OPINION NO. 63-456, 69 O.S. 1961 653 [69-653], 69 O.S. 1961 655 [69-655] (GARY BUSH)